IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JEREMY KENNEDY,
ADC #093061                                                                                    PETITIONER

v.                                   No. 5:15-cv-220-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                                RESPONDENT

JUDGMENT

Kennedy's petition is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

1 February 2016